# Exhibit 12-A

*Paid 02/06/2015*

*First Alton Inc.*
*450 Alton Rd #1603*
*Miami Beach FL 33139 USA*

## INVOICE

Date:              5-27-2015

Invoice Number:    05171501

Due Date:          06/15/15

FROM:    First Alton Inc.                    TO:    Ganymede Cayman Limited
         450 Alton Rd #1603                          c/o Genesis Trust & Corporate Services
         Miami Beach, FL 33139 USA                   2ⁿᵈ Floor, Midtown Plaza
                                                     Elgin Avenue
                                                     PO Box 448
                                                     Grand Cayman KY1-1106
                                                     Cayman Islands

TAX NOT APPLICABLE

| Description   | Total             |
|---------------|-------------------|
| Advisory Fees | USD 2,012,559.00  |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ▆▆2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533